**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-2844**

---

MICHAEL A. SCOTT,

Plaintiff - Appellant,

versus

LANDMARK COMMUNICATIONS, INCORPORATED,

Defendant - Appellee,

and

NORFOLK SOUTHERN CORPORATION; DAVID R. GOODE;
STEVEN C. TOBIAS; JON L. MANETTA; DONALD W.
MAYBERRY; WILLIAM E. HONEYCUTT; LEWIS D. HALE;
TIMOTHY A. HEILIG; C. DAVID VITTUR; DONALD D.
GRAAB; ARTIS L. LUTTRELL; JERRY R. GRAY; WAYNE
F. HENLEY; JEFF E. PAIR; JERRY W. CLEMMER,

Defendants.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Henry C. Morgan, Jr., District
Judge.  (CA-97-522-2)

---

Submitted:  May 4, 1999               Decided:  May 26, 1999

---

Before ERVIN, LUTTIG, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

Michael A. Scott, Appellant Pro Se.  Randy Darrell Singer, Sr., Rebecca Lynn Deloria, WILLCOX & SAVAGE, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his motions for entry of judgment and to amend his notice of appeal.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See <u>Scott v. Norfolk Southern Corp.</u>, No. CA-97-522-2 (E.D. Va. Nov. 17, 1998).[*]  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] Although the district court's order is marked as "filed" on November 16, 1998, the district court's records show that it was entered on the docket sheet on November 17, 1998.  Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was physically entered on the docket sheet that we take as the effective date of the district court's decision.  <u>Wilson v. Murray</u>, 806 F.2d 1232, 1234-35 (4th Cir. 1986).